# EXHIBIT A

# AFFIDAVIT OF DR. NICI ESCH

Before me, the undersigned authority, personally appeared Dr. Nici Esch, who, being by me duly sworn, deposed as follows:

(1) "My name is Dr. Nici Esch. I am over eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

(2) "I received a B.S. in Psychology from the University of Houston in 1993. I received a master's degree in education at Houston Baptist University in 2000, and my doctorate degree in Educational Leadership and Administration from Stephen F. Austin University in 2003. I have also attended additional courses at Harvard University and Rice University, and I completed the Superintendent Certification Program at Texas A&M University in 2011.

(3) "I worked for the Houston Independent School District beginning in 1992 as a teacher and worked my way up to a principal position. After leaving HISD in 2009 I worked in other local school systems in various positions including head of school, superintendent, and director of elementary curriculum.

(4) "In September of 2021, I applied for a position as a Director of Curriculum at Fueling Brains. I had not heard of Fueling Brains previously. I interviewed with Fueling Brains co-founder Anil Karim. He explained that the program was designed to prepare three- to five-year-old children school-ready using materials aligned with right-brain/left-brain principles. He asked me to be his Chief of Staff instead of the Director of Curriculum, and I agreed. I worked for Fueling Brains from October 2021 through June 2022.

(5) "Attached hereto as Exhibit 1 is a true and correct copy of an organizational chart for Fueling Brains in August 2021, provided to me while I worked there. Attached hereto as Exhibit 2 is a true and correct copy of an organizational chart for Fueling Brains in January 2022, also provided to me while I worked there.

(6) "For much of my time at Fueling Brains my role involved travelling throughout Texas with Dr. Antonio Corrales and Karim to sell the Fueling Brains program to school districts. There were a number of components to the Fueling Brains sales pitch, including selling: (a) the software platform; (b) the professional development; (c) the material kits; and (d) coaching. All of these components worked together and were dependent on the other. Later, the sales pitch also included signage and painting inside schools.

(7) "One component of the Fueling Brains "curriculum" was the Fueling Brains "parents university." It was being developed while I was there, but my understanding was that it was mostly in English and the one session I saw that was in English and Spanish had a poor connection with the translator and was hard to understand. I never saw any real parent participation.

(8) "My understanding was that Corrales was not an employee of Fueling Brains but was their "strategic advisor." His job was to get districts to sign up with Fueling Brains, for which he received a 20% commission. My understanding came from a conversation that I had with Karim, wherein he explained that Corrales received a 20% commission for every school district that signed up with Fueling Brains. For example, I also recall that when Fueling Brains signed up Poteet ISD, Karim told me that Fueling Brains would need to prepare a check for Corrales. He stated, "Poteet just signed up and I need to give Corrales his share. Please get a check ready." The secretary would then get a check ready for Corrales.

(9) "Corrales was a salesman who did not understand or have any interest in the data. I recall that he told a superintendent that Fueling Brains would help students achieve higher scores on STAAR tests. After the meeting, I told Corrales to stop saying that because it wasn't true and the children using Fueling Brains were not even taking STAAR tests. He responded, "I'm a salesman and I know what I am doing. You're taking this too seriously." I heard Corrales make other statements and promises to school districts in order to sell Fueling Brains that he knew Fueling Brains would not be able to deliver.

(10) "I reviewed the Fueling Brains "academic data" which was available on a website platform. It was supposed to measure children's ability to master activities with Fueling Brains materials and it relied on teacher assessments. My observation was that the Fueling Brains rubric measured executive functioning and behavioral tasks that one would expect to see improving in a classroom setting throughout the school year, even without direct instruction, as opposed to providing academic preparedness for school. I also observed that the tasks being measured were more appropriate for toddlers, as opposed to pre-K students. For example, one metric measured a child's ability to engage with materials without a reminder for five minutes.

(11) "I recall reviewing the Mission ISD data with Karim and Corrales because I was concerned that it did not show academic growth using Fueling Brains. Karim said, "You just don't understand what we do – you are listening but not processing." I responded, "I am processing, but I just don't see where these kids are growing." Karim became angry and never provided any substantive response to my questioning.

(12) "Shortly thereafter, in the Spring of 2022, Karim moved me to the warehouse to oversee operations of material kits construction. The material kits that Fueling Brains sold were manufactured locally at a warehouse that Fueling Brains provided by Goose Creek ISD. My understanding is that the Goose Creek ISD Superintendent Randal O'Brien was a friend of Corrales, that they had co-authored books together, and that Goose Creek ISD was one the biggest supporters of Fueling Brains.

(13) "My concerns that the Fueling Brains program did not help students was confirmed when I heard from a number of educators that their students were not seeing any growth. For example, I recall a Stratford MSD principal who told me that the Fueling Brains program was terrible and did not help the children. I also spoke with Schronda Burns, the

Assistant Director for Early Childhood at Bryan ISD, who complained to me that the student data was actually worse after using Fueling Brains.

(14) "I was also concerned that Fueling Brains was involved in a kickback scheme with some of the school district administrators. I personally joined in "wining and dining" school administrators in order to obtain their business. On one occasion, I attended a dinner with Karim, Dr. Carol Perez, the Mission ISD Superintendent, Dr. Sharon Roberts, the Assistant Superintendent of Academics, and Vinicius Ozorio, who worked for Fueling Brains. While I was sitting at the table, Karim communicated with Ozorio via What'sApp asking that Ozorio and I go get something out of the car, and to take our time. I know this because I saw the What'sApp message Karim sent. Karim then messaged Ozorio again, in a message that I saw, to let Ozorio know that we could return to the table. When we returned to the table, Ozorio showed me that Karim had already deleted the What'sApp messages to Ozorio, which I found odd. I also know that shortly after that, Fueling Brains made at least one donation to a non-profit organization for which Perez is a director.

(15) "Another circumstance that concerned me was that Rhonda Parmer, the Assistant Superintendent of Pasadena ISD, was also on the organizational chart for Fueling Brains attached hereto as Exhibit 2.

(16) "Both of the attached organizational charts reflect that Dr. Michelle Peters also worked for Fueling Brains. My understanding based on working with her was that Peters performed "data analysis" for Fueling Brains and created the Fueling Brains reports that were provided to clients. Peters was already working at Fueling Brains when I started working there.

(17) "Most of the people on these organizational charts for Fueling Brains were individuals who worked in Pakistan or Canada. In fact, I was familiar with the professional development training that Fueling Brains offered to school districts, and all of this training was outsourced to Pakistan and conducted via Zoom, which I believed was an inappropriate way to train education staff in Texas about Fueling Brains. I was also aware that the drafting of the Fueling Brains "curriculum" was largely outsourced to Pakistan as well.

FURTHER, AFFIANT SAITH NOT."

_____
Dr. Nici Esch
AFFIANT

STATE OF TEXAS § 
 §
COUNTY OF HARRIS §

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, by _Nicola Esch_ on this the _10_ day of _March_, 2023, to certify which witness my hand and seal of office.

[Notary Seal: DONNA H. RICKARD, Notary Public, State of Texas, Comm. Expires 07-13-2025, Notary ID 124320699]

_____
NOTARY PUBLIC
State of Texas

_Donna Rickard_
NOTARY'S PRINTED NAME
My Commission Expires: __7.13.2025__

EXHIBIT 1



EXHIBIT 2

