IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel*. | § | |
| BakerRipley | § | |
| 4450 Harrisburg, Suite 200 | § | |
| Houston, TX 77011 | § | |
| | § | |
| & BakerRipley | § | |
| *Plaintiffs* | § | Case No.23-cv-1124 |
| | § | |
| v. | § | |
| | § | |
| Kids U US, Inc. d/b/a Fueling Brains, | § | |
| Cimberli Johnson Darrough, an individual, | § | |
| Antonio Corrales, an individual, | § | |
| Sterling Evaluation and Assessment, LLC, | § | **JURY DEMANDED** |
| Michele Peters, an individual, and | § | |
| MNA Evaluation and Assessment, LLC | § | |
| | § | |
| *Defendants* | § | |

## ADVISORY TO THE COURT REGARDING DEFENDANTS' MOTION TO DISMISS

On January 16, 2024, Defendants filed a Motion to Dismiss Plaintiffs' Original Complaint. On February 2, 2024, Plaintiffs filed an Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). The Amended Complaint moots the Motion to Dismiss, thereby eliminating the need for further response unless and until a new Motion to Dismiss is filed. *See, e.g., King v. Dogan,* 31 F.3d 344, 346 (5th Cir. 1994) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading."); *see also Meyer v. Shinn*

*Construction, Inc.,* No. PE:18-CV-3-DC-DF, 2018 WL 1905049 *1, (W.D. Tex. Mar. 14, 2018 ("The filing of an amended complaint, which supersedes an original complaint, renders moot a motion to dismiss the original complaint).

Dated: February 8, 2024.

Respectfully submitted,

**SCHULMAN, LOPEZ, HOFFER & ADELSTEIN, LLP**
845 Proton Road
San Antonio, Texas 78258
Telephone:  210-538-5385
Facsimile:   210-538-5384

_____
**Joseph E. Hoffer**
**Attorney-in-Charge**
State Bar No. 24049462
Federal ID No. 2006011
Email: jhoffer@slh-law.com
**Elizabeth Angelone**
State Bar No. 24077349
Federal ID No. 3042089
Email: eangelone@slh-law.com

And

MARTINEZ REILLY, LLP

/s/_____
Marion M. Reilly
Federal ID. 1357491
Texas Bar No. 24079195
Email: Marion@mrtrial.com
3636 South Alameda, Ste. B119

Corpus Christi, Texas 78411
Direct: (361) 273-6771
Fax: (361) 704-8355
\*\* Service Email\*\*   Service@mrtrial.com

**ATTORNEYS FOR RELATORS**