IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BakerRipley, | § § § § § | |
| *Plaintiffs/Relator*, | § § | |
| v. | § § | Case No. 23-cv-1124 |
| Kids U US, Inc. d/b/a Fueling Brains; Cimberli Johnson Darrough; Antonio Corrales; Sterling Evaluation and Assessment, LLC; Michele Peters; and MNA Evaluation and Assessment, LLC | § § § § § § § § | |
| *Defendants*. | | |

## REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MICHELLE PETERS AND MNA EVALUATION AND ASSESSMENT, LLC'S MOTION TO DISMISS

Pursuant to Federal Rule of Evidence 201, Defendants, Michele Peters and MNA Evaluation and Assessment, LLC, ("Peters/MNA" or "Defendants"), respectfully request the Court take judicial notice of the documents identified below that are cited in support of Peters/MNA's Motion to Dismiss and attached hereto.

Judicial notice may be taken of "adjudicative facts" (e.g., court records, pleadings, etc.) and other facts not subject to reasonable dispute because they are either "generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid.

201(b). The items below are properly subject to judicial notice, and consideration on a motion to dismiss[1].

Specifically, many records are public records that have been "filed in a public office as authorized by law." Fed. R. Evid. 901(7). Filings with government agencies, public records, and government documents available from an official government website or other reliable source on the Internet have been held not to be subject to reasonable dispute. *Domain Vault LLC v. McNair*, No. CV 3:14-CV-1126-L, 2015 WL 5695519, at *3 (N.D. Tex. Sept. 28, 2015); *see Graham v. Dyncorp Int'l, Inc.*, 973 F.Supp.2d 698, 706 n.4 (S.D. Tex. 2013) (citing *Roussin v. AARP, Inc.*, 664 F.Supp.2d 412, 415 (S.D.N.Y.2009), for the proposition that a court may "take judicial notice of filings with government agencies that are a matter of public record")).

Under this authority, judicial notice is appropriate for the following items:

1.  Attached as **Exhibit A**, is a public filing filed with the Texas Secretary of State's Office identifying, MNA Evaluation & Assessment, LLC was a Texas Limited Liability Company formed by Peters, on May 14, 2018, to provide educational consulting services such as program evaluations and statistical data analyses, and report writing to individuals, school districts, non-profit organizations, and corporations. Judicial notice is appropriate as a public record filed with the Texas Secretary of State's Office whose existence cannot reasonably be questioned, particularly as a copy remains on the Secretary

---

[1] When, as here, a defendant attaches to the motion to dismiss documents that are matters of public record, the court may consider those documents in deciding the motion to dismiss. *Maryland Manor Assocs. v. City of Houston*, 816 F. Supp. 2d 394, 403 (S.D. Tex. 2011) (citing *Funk v. Stryker Corp.*, 631 F.3d 777, 783 (5th Cir.2011); *Norris v. Hearst Trust*, 500 F.3d 454, 461 n. 9 (5th Cir.2007) ("[I]t is clearly proper in deciding a 12(b)(6) motion to take judicial notice of matters of public record.")); *see also Lewkut v. Stryker Corp.*, 724 F. Supp. 2d 648 (S.D. Tex. 2010).

of State's website. This filing provides necessary support for Peters/MNA's Motion to Dismiss because it provides a timeframe of MNA's existence, which ended before any of the events alleged against MNA in Plaintiff/Relator's Second Amended Complaint occurred.

2. Attached as **Exhibit B**, is a public filing filed with the Texas Secretary of State's Office forfeiting the charter, certificate or registration of MNA Evaluation & Assessment, LLC, on February 28, 2020. Judicial notice is appropriate as a public record filed with the Texas Secretary of State's Office whose existence cannot reasonably be questioned, particularly as a copy remains on the Secretary of State's website. This filing provides necessary support for Peters/MNA's Motion to Dismiss because it provides a timeframe of MNA's existence, which ended before any of the events alleged against MNA in Plaintiff/Relator's Second Amended Complaint occurred.

3. Attached as **Exhibit C**, is a copy of "The Influence Teacher Certification, Teaching Experience, Professional Development, and Degree Area has on Student Achievement in Head Start Programs" by Cimberli J. Darrough, M.Ed. ("Darrough's Dissertation") filed publicly with the University of Houston-Clear Lake ("UHCL") library's digital, institutional repository. Judicial notice is appropriate as a public record filed with a public institution of higher education, UHCL, whose existence cannot reasonably be questioned, particularly as a copy remains on the UHCL library's website at https://uhcl-ir.tdl.org/server/api/core/bitstreams/29366557-8ed7-45ac-9bb8-74411bc8c9de/content. This dissertation provides necessary support for Peters/MNA's Motion to Dismiss, as it relates to the public disclosure bar.

Respectfully submitted,

**GREER, HERZ & ADAMS, L.L.P.**

By: */s/ Andrew J. Mytelka*
**Andrew J. Mytelka**
Attorney-in-Charge
State Bar No. 14767700
Fed. ID No. 11084
amytelka@greerherz.com
**Jordan Raschke Elton**
State Bar No. 24108764
Fed. ID No. 3712672
jraschke@greerherz.com
One Moody Plaza, 18th Floor
Galveston, Texas 77550
(409) 797-3200 (Telephone)
(866) 422-4270 (Facsimile)

**COUNSEL FOR DEFENDANTS MICHELLE PETERS, AND MNA EVALUATION & ASSESSMENT, LLC**

## CERTIFICATE OF SERVICE

I certify that on the 21st day of March, 2024, a copy of this document was served on all counsel of record via the court's ECF system.

*/s/ Andrew J. Mytelka*

480688.1