In the United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| United States of America ex rel. BakerRipley, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 23-cv-1124 |
| Kids U US, Inc. d/b/a Fueling Brains, Cimberli Johnson Darrough, an individual, Antonio Corrales, an individual, Stirling Evaluation and Assessment, LLC, Michele Peters, an individual and MNA Evaluation and Assessment, LLC, | § § § § § § § | Filed In Camera and Under Seal Jury Demanded |
| Defendants. | § § | |

**Defendant Cimberli Johnson Darrough's Original Answer to
Plaintiff's Second Amended Complaint [#22]**

To the Honorable Judge of Said Court:

Comes now Cimberli Johnson Darrough, Defendant herein, who makes and files this, her Original Answer to the Second Amended Complaint [#22] filed by BakerRipley, Plaintiff herein, and in support whereof would respectfully show unto the Honorable Court as follows:

1.      Darrough admits the allegations contained in paragraph 1.

2.      Darrough admits the allegations contained in paragraph 2.

3.      As they relate to her, Darrough denies the allegations made in the first sentence of

paragraph 3. Darrough admits the allegations contained in the second sentence of paragraph 3.

4. As they relate to her, Darrough denies the allegations made in the first and third sentences of paragraph 4. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations contained in the second sentence of paragraph 4.

5. Darrough admits the allegation made in the first clause of the first sentence of paragraph 5, and denies the allegation made in the second clause of the first sentence of paragraph 5, and in fact affirmatively states the Plaintiff was aware of the relationship referred to. Darrough denies the allegations made in the second sentence of paragraph 5. Darrough admits the allegation made in the first clause of the third sentence of paragraph 5, and denies the allegation made in the remainder of the third sentence of paragraph 5.

6. Darrough denies the allegations made in paragraph 6.

7. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations contained paragraph 7, except to deny them to the extent they are intended to refer to her.

8. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations contained paragraph 8.

9. Darrough admits the allegations made in sentences 1, 3 and 4 and the first part of

sentence 2 of paragraph 9. Darrough denies the allegations made in sentences 5 -7 and the part of sentence 2 beginning "all of which" of paragraph 9.

10.    Darrough admits the allegations made in sentences 1 and 2 of paragraph 10. Darrough denies the allegation made in sentence 3 of paragraph 10, except the portion saying "Corrales was Darrough's dissertation committee chairperson and degree advisor ..."

11.    Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations contained sentences 1 and 2 of paragraph 11. Darrough denies the allegations made in sentence 3 of paragraph 11.

12.    Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentences 1, 2 and 4 of paragraph 12. Darrough admits the allegation made in sentence 3 of paragraph 12.

13.    Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 13.

14.    Darrough admits the allegations made in sentences 1 and 2, and the first part of sentence 3, ending with "... doctoral methodology advisor ..." of paragraph 14. Darrough denies the allegations made in the remainder sentence 3 of paragraph 14. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentence 4 or 5 of paragraph 14.

15.    Darrough is without knowledge sufficient to allow her to form a belief as to the

truth of the allegations made in paragraph 15, except that she denies being party to "the false claims, fraud and movement of monies ..." referred to therein.

16. Darrough denies the allegations made in paragraph 16.

17. As they relate to her, Darrough denies the allegations made in paragraph 17.

18. As they relate to her, Darrough denies the allegations made in paragraph 18.

19. As they relate to her, Darrough denies the allegations made in paragraph 19.

20. Darrough denies the allegations made in sentences 1-3 of paragraph 20, except she admits the Plaintiff made demand on her for money. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentence 4 of paragraph 20, except that she admits the Plaintiff has filed this lawsuit.

21. As they relate to her, Darrough denies the allegations made in paragraph 21.

22. Darrough admits the allegations made in paragraph 22.

23. Darrough admits the allegations made in paragraph 23.

24. Paragraph 24 is a statement of law that does not require admission.

25. Paragraph 25 contains statements of law that do not require admission.

26. Paragraph 26 contains statements of law that do not require admission.

27. Paragraph 27 is a statement of law that does not require admission.

28. Paragraph 28 is a statement of law that does not require admission.

29. Paragraph 29 is a statement of law that does not require admission.

30.     Paragraph 30 is a statement of law that does not require admission.

31.     Paragraph 31 is a statement of law that does not require admission.

32.     Darrough denies the statement made in paragraph 32.

33.     Darrough denies the statement made in paragraph 33.

34.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations contained in fourth sentence of paragraph 34. If the undefined term "referral sources" is intended by the Plaintiff to refer to Darrough, she denies the allegation.

35.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations contained in fourth sentence of paragraph 35. If the undefined term "referral sources" is intended by the Plaintiff to refer to Darrough, she denies the allegation.

36.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations contained in fourth sentence of paragraph 36. If the undefined term "referral sources" is intended by the Plaintiff to refer to Darrough, she denies the allegation.

37.     Sentences 1 and 2 of paragraph 37 are statements of law that do not require admission. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations contained in sentence 3 of paragraph 37, except to say she was never made aware of the existence of, or provided any training

regarding, the Plaintiff's alleged "conflict of interest policies." As they relate to her, Darrough denies the allegations made in the sentence 4 of paragraph 37.

38.     As they relate to her, Darrough denies the allegations made in paragraph 38.

39.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 39.

40.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 40.

41.     Darrough admits the allegations contained in sentence 1 of paragraph 41. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations contained in sentences 2-4 of paragraph 41.

42.     Paragraph 42 is a statement of law that does not require admission.

43.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations contained in paragraph 43.

**44.**     Darrough denies the allegations made in paragraph 44.

45.     Darrough denies the allegations made in paragraph 45.

46.     Darrough denies the allegations made in paragraph 46.

47.     Darrough admits the allegations made in sentence 1 of paragraph 47. Darrough denies the allegations made in sentences 2 and 3 of paragraph 47.

48.     Darrough admits the allegations made in paragraph 48.

49.     Darrough is without knowledge sufficient to allow her to form a belief as to the

truth of the allegations made in paragraph 49.

50.     Darrough denies the allegations made in paragraph 50.

51.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 51.

52.     Darrough denies the allegations made in paragraph 52.

53.     Darrough denies the allegations made in sentence 1 of paragraph 53. Darrough admits forming the entity but denies that Corrales had any knowledge of him being listed as as co-director.

54.     Darrough denies the allegations made in paragraph 54.

55.     Darrough denies the allegations made in paragraph 55.

56.     Darrough admits the allegations made in sentence 1 of paragraph 56. Darrough denies the allegations made in sentences 2 and 3 of paragraph 56. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentence 4 of paragraph 56.

57.     Darrough denies the allegations made in paragraph 57.

58.     Darrough denies the allegations made in paragraph 58.

59.     Darrough admits the allegations made in paragraph 59.

60.     Darrough admits the allegations made in paragraph 60.

61.     Darrough admits the allegations made in paragraph 61.

62.     Darrough admits the allegations made in sentences 1 and 2 paragraph 62.

Darrough denies the allegations made in sentence 3 of paragraph 62.

63.    Darrough admits the allegations made in sentence 1 of paragraph 63. Darrough denies the allegations made in sentence 2 and 3 of paragraph 63. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegation made in sentence 4 of paragraph 63.

64.    Darrough denies the allegations made in paragraph 64.

65.    Darrough denies the allegations made in sentences 1 and 2 of paragraph 65. Darrough admits the allegations made in sentence 3 of paragraph 65.

66.    Darrough admits the allegations made in sentence 1 of paragraph 66. Darrough denies the allegations in sentence 2 of paragraph 66.

67.    Darrough admits the allegations made in sentence 1 of paragraph 67. Darrough denies the allegations made in sentences 2-4 of paragraph 67. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentence 5 of paragraph 67.

68.    Darrough denies the allegations made in sentences 1 and 3 of paragraph 68. Darrough admits the allegations made in sentence 2 of paragraph 68.

69.    Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 69, and is not even aware of the identity of the unnamed purported "assistant" to whom the Plaintiff refers.

70.    Darrough admits the allegations made in sentences 1 and 2 of paragraph 70.

Darrough denies the allegation made in sentence 3 of paragraph 70.

71.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 71.

72.     Darrough admits the allegations made in sentences 1 and 2 of paragraph 72. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentences 3 and 4 of paragraph 72.

**73.**    Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 73.

74.     Darrough denies the allegations made in paragraph 74.

75.     Darrough denies the allegations made in paragraph 75.

76.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 76 except for the fact that she brought the matter to the attention of the agency through an email and took a position that no additional funds were owed to Fueling Brains.

77.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 77, except she denies that the kits referred to were "virtual" — they were physical, in a wooden box.

78.     Darrough admits the allegations made in sentences 1, 3 and 4, and the first part of sentence 2 (ending "... did not occur ...") in paragraph 78. Darrough denies the allegation made in the second part of sentence 2 (beginning "... and still

pushed ...") of paragraph 78.

79.     Darrough admits the allegations made in paragraph 79.

80.     Darrough denies the allegations made in paragraph 80, and specifically denies that the kits were "useless" or "too late" because they were in fact used by certain behavioral students.

81.     Darrough denies the allegations in paragraph 81.

82.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 82.

83.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 83.

84.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 84.

85.     Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentence 1 of paragraph 85. Darrough admits the allegations in the second sentence of paragraph 85.

86.     Darrough denies the allegations made in paragraph 86.

87.     Darrough admits the allegations made in sentence 1 of paragraph 87. Darrough denies the allegations made in sentence 2 of paragraph 87.

88.     Darrough denies the allegations made in paragraph 88.

89.     Darrough is without knowledge sufficient to allow her to form a belief as to the

truth of the allegations made in paragraph 89.

90. Darrough denies the allegation made in sentence 1 of paragraph 90. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentence 2 of paragraph 90. The statement made in sentence 3 of Paragraph 90 is a statement of law that does not require admission.

91. Darrough denies the allegations in paragraph 91.

92. Darrough admits the allegations made in paragraph 92.

93. Darrough denies the allegations made in the first sentence and the latter part of the second sentence (beginning "... which may have been ...") of paragraph 93. Darrough admits to creating the non-profit but denies that it operated any business. Darrough lacks sufficient knowledge to form a belief regarding the truth of the allegations about Corrales' knowledge or awareness of the actual establishment of the non-profit or being listed as a director, as alleged in paragraph 93.

94. Darrough admits the allegations made in the first part of paragraph 94 (through "... also worked for ..."). Darrough denies the allegations made in the remainder of paragraph 94.

95. Darrough admits the allegations made in paragraph 95, except the statement that Corrales was her "Business partner," which she denied.

96. Darrough denies the allegation made in paragraph 96.

97. Darrough admits the allegations made in paragraph 97.

**98.**   Darrough denies the allegations made in paragraph 98, because the allegations are nonsensical. According to the Plaintiff, Darrough was involved in taking two contract proposals that were "above the Agency's small purchase threshold," and somehow "worked together to consolidate" them into a proposal under the threshold.

99.   Darrough denies the allegations made in paragraph 99.

100.   Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 100, except she denies that she was one of the unidentified "parties" referred to therein.

101.   Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 101.

102.   Darrough admits the Plaintiff was subject to a cyber-attack in 2021, an allegation made in sentence 1 of paragraph 102. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentence 2 of paragraph 102. Darrough denies the allegation made in sentence 3 of paragraph 102.

103.   Darrough denies the allegations made in sentences 1, 3 and the first part of sentence 2 (beginning at the start thereof and continuing through "... systems and controls ...") of paragraph 103. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegation made in the remainder of

sentence 2 of paragraph 103.

104.  Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 104.

105.  Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 105.

106.  Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 106.

107.  Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 107.

108.  Darrough denies the allegations made in paragraph 108.

109.  Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 109 about what the Plaintiff claims it would or would not have done. To the extent the allegations in paragraph 109 require believing that Darrough has any involvement with the making of a false claim, Darrough denies the allegation.

110.  Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 110.

111.  Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 111, except the allegation that Darrough "was aware" of any failure to comply with contractual requirements by Corrales,

which Darrough denies.

112.   Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 112.

113.   Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentences 1 and 2 of paragraph 113. Darrough denies the allegations made in sentences 3 and 4 of paragraph 113.

114.   Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentence 1 of paragraph 114. Darrough denies the allegations made in sentence 2 of paragraph 114.

115.   Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentence 1 of paragraph 115. Darrough denies the allegations made in sentence 2 of paragraph 115.

116.   Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentence 1 of paragraph 116. Darrough denies the allegations made in sentence 2 of paragraph 116.

117.   Darrough admits the allegations made in sentence 1 of paragraph 117. Darrough denies the allegations made in sentences 2-4 of paragraph 117.

118.   Darrough denies the allegations made in paragraph 118.

119.   Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 119, except that Darrough denies the

allegation that she made any "false or fraudulent representations," as alleged therein.

120. Darrough denies the allegations made in sentences 1 and 3 of paragraph 120, except that Darrough admits to the statement about the timing vis-a-vis her being in her doctoral program. Darrough admits the statement made in sentence 2 of paragraph 120.

**121.** Darrough admits the statements made in sentences 1 and 2 of paragraph 121. Darrough denies the allegations in sentence 3 of paragraph 121 as she was not involved in simplifying acquisitions or CQS forms.

122. Darrough denies the allegations made in paragraph 122.

123. Darrough denies the allegations made in paragraph 123. Darrough specifically denies that she had the authority to "approve" *any* contracts, which in fact required the approval of agents of the Plaintiff, including its COO, CEO and the CFO.

124. Darrough admits the allegations made in paragraph 124.

125. Darrough admits the allegations made in paragraph 125.

126. Darrough admits the allegations made in sentences 1 and 3 of paragraph 126 but notes that several staff members had signature authority on her behalf. Darrough denies the allegations made in sentences 2, 4 and 5 of paragraph 126 as she is unaware of the relationships of Dr. Peters and Dr. Corrales.

127. Darrough denies the allegations made in paragraph 127.

128. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 128.

129. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 129.

130. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 130.

131. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 131, except that she denies the Plaintiff's claimed ignorance of the professional relationship between her and Peters, a fact of which the Plaintiff was well aware at the time as Peters and Corrales became her dissertation chair and methodologist in the Summer of 2021.

132. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 132.

133. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 133.

134. Darrough denies the allegation made in sentence 1 of paragraph 134. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegation made in sentence 2 of paragraph 134.

135. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 135.

136. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 136.

137. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 137.

138. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 138.

139. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 139.

140. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 140, which even the Plaintiff admits is nothing more than its speculation.

141. Sentence 1 of Paragraph 141 are statements of law that do not require admission. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentences 2-4 of paragraph 141, except that Darrough admits she has not "returned" anything to the Plaintiff. That anything she received was "overbilled or fraudulently billed," Darrough specifically denies.

142. Darrough denies the allegations made in paragraph 142.

143. Darrough denies the allegation made in sentence 1 and the first part of sentence 2 (stating "Darrough coordinated with Corrales ...") of paragraph 143. Darrough admits the allegations made in sentence 2 and the second part of sentence 3

(beginning "... when she provided ...," and continuing to the end of the sentence) of paragraph 143.

144. Darrough admits the statement made in sentence 1 of paragraph 144. Darrough denies the statement made in sentence 2 of paragraph 144.

145. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 145.

146. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in sentence 1, to the extent that it refers to what the Plaintiff allegedly did or did not know, and sentence 2 of paragraph 146. Darrough denies the allegation made in sentence 1 of paragraph 146 to the extent it suggests an email Darrough did not author or send constituted an "endorsement" of anything by Darrough.

147. Darrough denies the allegations made in paragraph 147, except the statement that she was sent two emails, and that she responded to one confirming its receipt and telling the sender "Have a great day."

148. Darrough denies the allegation made in sentence 1 and the statement in sentence 2 of paragraph 148 that she "established a non-profit organization with Corrales," because Corrales was not involved in the establishment of that entity. Darrough admits the allegations made in sentences 2 through 4 of paragraph 148.

149. Darrough denies the allegations made in paragraph 149.

150. Darrough denies the allegations made in paragraph 150.

151. Darrough admits the allegation in sentence 1 of paragraph 151. Darrough denies the allegation made in sentence 2 of paragraph 151.

152. Darrough denies the allegations made in paragraph 152.

153. Darrough denies the allegations made in paragraph 153, except she admits that she (although not Corrales) "established Imperial," and that it is an "educational non-profit entity."

154. Darrough denies the allegations made in paragraph 154, which even the Plaintiff admits is nothing more than its speculation.

155. Paragraph 155 is a statement of law that does not require admission.

156. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 156.

157. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 157.

158. Darrough denies the allegations made in paragraph 158.

159. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 159.

160. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 160.

161. Darrough is without knowledge sufficient to allow her to form a belief as to the

truth of the allegations made in paragraph 161.

162. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 162.

163. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 163.

164. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 164.

165. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 165.

166. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 166.

167. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 167.

168. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 168, except that anything described therein is "[l]ike Darrough," which she denies.

169. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations made in paragraph 169.

170. Paragraph 170 is a statement of law that does not require admission.

171. As they relate to her, Darrough denies the allegations made in the paragraph 171.

172. As they relate to her, Darrough denies the allegations made in the paragraph 172.

173. As they relate to her, Darrough denies the allegations made in the paragraph 173.

174. As they relate to her, Darrough denies the allegations made in the paragraph 174.

175. Paragraph 175 is a statement of law that does not require admission.

176. As they relate to her, Darrough denies the allegations made in the paragraph 176.

177. As they relate to her, Darrough denies the allegations made in the paragraph 177.

178. As they relate to her, Darrough denies the allegations made in the paragraph 178.

179. As they relate to her, Darrough denies the allegations made in the paragraph 179.

180. As they relate to her, Darrough denies the allegations made in the paragraph 180.

181. Paragraph 181 is a statement of law that does not require admission.

182. As they relate to her, Darrough denies the allegations made in the paragraph 182.

183. Darrough is without knowledge sufficient to allow her to form a belief as to the truth of the allegations contained in sentence 1 of paragraph 183. Darrough admits the allegations in sentence 2 of paragraph 183, to the extent the Plaintiff made a demand on her, and denies it otherwise.

184. As they relate to her, Darrough denies the allegations made in the paragraph 184.

185. Paragraph 185 is a statement of law that does not require admission.

186. As they relate to her, Darrough denies the allegations made in the paragraph 186.

187. As they relate to her, Darrough denies the allegations made in the paragraph 187.

188. Paragraph 188 is a statement of law that does not require admission.

189.    Paragraph 189 asserts claims against parties other than Darrough, and so requires no answer from her.

190.    Paragraph 190 asserts claims against parties other than Darrough, and so requires no answer from her.

191.    Paragraph 191 is a statement of law that does not require admission.

192.    Paragraph 192 asserts claims against parties other than Darrough, and so requires no answer from her.

193.    Paragraph 193 asserts claims against parties other than Darrough, and so requires no answer from her.

194.    Paragraph 194 asserts claims against parties other than Darrough, and so requires no answer from her.

195.    Paragraph 195 is a statement of law that does not require admission.

196.    Paragraph 196 asserts claims against parties other than Darrough, and so requires no answer from her.

197.    Paragraph 197 is a statement of law that does not require admission.

198.    As they relate to her, Darrough denies the allegations made in the paragraph 198.

199.    Paragraph 199 is a statement of law that does not require admission.

200.    As they relate to her, Darrough denies the allegations made in the paragraph 200.

201.    Paragraph 201 is a statement of law that does not require admission.

202.    Paragraph 202 asserts claims against parties other than Darrough, and so requires

no answer from her.

203. Paragraph 203 is a statement of law that does not require admission.

204. As they relate to her, Darrough denies the allegations made in the paragraph 204.

205. Paragraph 205 is a statement of law that does not require admission.

206. Paragraph 206 asserts claims against parties other than Darrough, and so requires no answer from her.

207. Paragraph 207 asserts claims against parties other than Darrough, and so requires no answer from her.

Darrough demands a trial by jury.

Wherefore, premises considered, Darrough prays that the Plaintiff take nothing by his claims brought against her, and for such other and further relief, general or special, in law or in equity, to which he may prove himself justly entitled.

Respectfully submitted,

**The Singhal Law Firm**

*/s/ Dinesh H. Singhal*
Dinesh H. Singhal
Texas Bar No. 24003383
dinesh@singhallaw.com
2700 Post Oak Blvd., Suite 1750
Houston, Texas 77056
Tel: 713.222.8500

Attorney for Defendant
Cimberli Darrough

**<u>Certificate of Service</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing Original Answer has been served on all the counsel of record through the Court's CM/ECF system, on this the 15th day of August, 2024:

Joseph E. Hoffer,
Schulman Lopez
845 Preston Road
San Antonio, Texas 78258
Lead counsel for Plaintiff

Amanda Gadison
Bryan Cave
2200 Ross Avenue, Suite 4200 W
Dallas, Texas 75201
Lead counsel for Defendant Kids U Us

Jordan Raschke Elton
Greer Herz
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Lead counsel for Defendants Peters
and MNA Evaluation

Fred D. Raschke
Mills Shirley
2200 Market Street, Suite 300
Galveston, Texas 77550
Counsel for Defendants Corrales and Sterling Evaluations

_/s/ Dinesh H. Singhal_
Dinesh H. Singhal