IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BakerRipley, <br><br>Plaintiffs/Relator, <br><br>v. <br><br>Kids U US, Inc. d/b/a Fueling Brains; <br>Cimberli Johnson Darrough; <br>Antonio Corrales; <br>Sterling Evaluation and Assessment, LLC; <br>Michele Peters; and <br>MNA Evaluation and Assessment, LLC, <br><br>Defendants. | Case No. 23-cv-1124 |

## ORDER

On February 7, 2025, this Court held an Initial Conference with all Parties pursuant to Rule 16 of the Federal Rules of Civil Procedure. During the Conference, the Parties' discussed Defendants' request for discovery regarding Plaintiff BakerRipley's internal investigation and submissions made to the Government related to the subject matter of this action. The Court determined that Plaintiff BakerRipley must produce such discovery.

Therefore, **IT IS ORDERED** that Plaintiff BakerRipley must produce by February 21, 2025, its internal investigation report(s) related to the subject matter of this action and the disclosures made to the U.S. Government, including all supporting materials and the internal investigation documents.

Signed this ____ day of February, 2025.

Lee H. Rosenthal
Senior United States District Judge

- 1 -