# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BakerRipley, | ) ) ) |
| Plaintiffs/Relator, | ) ) |
| v. | ) Case No. 23-cv-1124 ) |
| Kids U US, Inc. d/b/a Fueling Brains; Cimberli Johnson Darrough; Antonio Corrales; Sterling Evaluation and Assessment, LLC; Michele Peters; and MNA Evaluation and Assessment, LLC, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**KIDS U US, INC. d/b/a FUELING BRAINS'
REPLY IN SUPPORT OF
MOTION FOR LEAVE TO FILE UNDER SEAL
PORTIONS OF FUELING BRAINS'
OPPOSITION TO RELATOR'S AND PLAINTIFF'S MOTION TO QUASH
SUBPOENA ISSUED TO ATTORNEYS FOR PLAINTIFF**

Defendant/Counterclaim Plaintiff Kids U US, Inc. d/b/a Fueling Brains ("Fueling Brains") files this reply in support of its motion to seal its Opposition to Relator's Motion to Quash, as well a related exhibit (ECF No. 86).

The response filed on behalf of Relator BakerRipley by counsel for Schulman, Lopez, Hoffer & Adelstein, LLP ("SLHA") does not dispute that the redacted portions of Fueling Brains' public filings contain information covered by the attorney-client privilege. *See* ECF No. 99. BakerRipley argues only that Fueling Brains has not met the Fifth Circuit standard for sealing pleadings. BakerRipley is incorrect.

Courts uniformly recognize that information over which a party asserts a claim of privilege may be redacted from public filings. *See, e.g.*, *Tankers v. M/T Swift Winchester,* No. 3:22-CV-00390, 2023 WL 1816858, at *1 (S.D. Tex. Feb. 8, 2023) (determining that "the holder of the attorney–client privilege" should submit a "redacted version" of a filing containing putatively privileged information, while the unredacted version "may properly remain under seal"); *United States v. $4,480,466.16 in Funds Seized from Bank of Am. Acct. Ending in 2653*, No. 3:17-CV-2989-D, 2018 WL 4096340, at *5 (N.D. Tex. Aug. 28, 2018) (granting motion to seal because "information protected by the attorney-client privilege or as work product" should not "be disclosed to the public"). Indeed, this Court has recognized that, although an entire motion should not be sealed just because some portion of the document is privileged, the best practice—which Fueling Brains followed here—is to "file redacted copies, . . . limited to what is necessary to prevent public access to confidential, privileged, or protected information," with an unredacted

copy of the document remaining sealed. *Lehman Bros. Holdings, Inc. v. Cornerstone Mortg. Co.*, No. CIV.A. H-09-0672, 2011 WL 649139, at *5 (S.D. Tex. Feb. 10, 2011) (Rosenthal, J.).

Because BakerRipley's response does not dispute the merits of Fueling Brains' privilege assertion, the Court need not adjudicate that issue to grant Fueling Brains' motion to seal. The Court need only decide whether information over which a party asserts a claim of privilege should be sealed from the public.[1] It clearly should be. Fueling Brains properly redacted the information it asserts is privileged from the public record and filed public, unredacted versions of the documents at issue. *See* ECF No. 87. Accordingly, Fueling Brains requests that the Court grant its motion to seal (ECF No. 86).

Dated: April 11, 2025          Respectfully Submitted,

*/s/ Allissa Pollard*
Allissa Pollard
Attorney-in-charge
Texas Bar No. 24065915
Southern District of Texas Bar No. 982820
**ARNOLD & PORTER KAYE SCHOLER LLP**
700 Louisiana St., Suite 4000
Houston, TX 77002
Tel.: (713) 576-2400
Fax: (713) 576-2499
Allissa.Pollard@arnoldporter.com

Randy Miller
Of counsel *(Pro Hac Vice pending)*
Colorado Bar No. 33694
**ARNOLD & PORTER KAYE SCHOLER LLP**
1144 Fifteenth St., Suite 3100
Denver, CO 80202
Tel.: (303) 863-1000
Fax: (303) 863-2301
Randy.Miller@arnoldporter.com

---

[1] In the event that Fueling Brains elects in the future to move for disqualification or seek other remedies related to SHLA's consultation with Fueling Brains, the Court may need to adjudicate the merits of Fueling Brains' privilege assertion at that time. But it need not do so today.

Christian Sheehan
Of counsel *(Pro Hac Vice)*
District of Columbia Bar No. 1045233
Megan Pieper
Of counsel *(Pro Hac Vice)*
District of Columbia Bar No. 1644966
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave, NW
Washington, DC 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
Christian.Sheehan@arnoldporter.com
Megan.Pieper@arnoldporter.com

**ATTORNEYS FOR DEFENDANT
KIDS U US, INC. d/b/a FUELING BRAINS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2025, the foregoing document was electronically filed with the Clerk of Court using CM/ECF.

        Respectfully Submitted,

        */s/ Allissa Pollard*
        Allissa Pollard