United States District Court
Southern District of Texas
**ENTERED**
April 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BakerRipley 4450 Harrisburg, Suite 200 Houston, TX 77011 & BakerRipley, *Plaintiffs,* v. Kids U US, Inc. d/b/a Fueling Brains, Cimberli Johnson Darrough, an individual, Antonio Corrales, an individual, Sterling Evaluation and Assessment, LLC, Michele Peters, an individual, and MNA Evaluation and Assessment, LLC, *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § | Case No. 23-cv-1124  **JURY DEMANDED** |

## ORDER REGARDING PLAINTIFF'S MOTION TO QUASH SUBPOENA ISSUED TO ATTORNEYS FOR PLAINTIFF (SCHULMAN, LOPEZ, HOFFER & ADELSTEIN)

**ON THE 17TH DAY OF MARCH, 2025**, the Court called the above-referenced case to order to consider the Motion to Quash filed by the attorneys for Schulman, Lopez, Hoffer & Adelstein, and the Response to said motion filed by attorneys for Kids U US, Inc. d/b/a Fueling Brains. All counsel appeared and announced ready. The Court proceeded to consider the arguments and evidence presented by counsel.

The Court, after considering the motions, arguments, and evidence presented by counsel orders as follows:

{01020446}   1

IT IS HEREBY ORDERED the Motion to Quash is hereby GRANTED IN PART and DENIED IN PART as follows:

A.   Within five days of the date of this Order, Counsel for Schulman, Lopez, Hoffer & Adelstein (the Law Firm) is ORDERED to produce documents in the Law Firm's possession related to the Law Firm's potential representation of Fueling Brains pursuant to Subpoena Requests 1 and 2, which counsel for the Law Firm described as the following:

1)   Any time sheets of Attorney Denise Pierce containing or describing time entries relating to the meeting, occurring on or about June 14, 2021, between attorneys for Schulman, Lopez, Hoffer & Adelstein and representatives of Kids U US, Inc. d/b/a Fueling Brains; and

2)   Any calendar entries or time entries of Attorney Joseph Hoffer containing or describing any time entries or calendar entries relating to the meeting, occurring on or about June 14, 2021, between attorneys for Schulman, Lopez, Hoffer & Adelstein and representatives of Kids U US, Inc. d/b/a Fueling Brains.

3)   Copies of the draft engagement letter and law firm brochure that were sent to Fueling Brains on or about June 14, 2021;

B.   Subpoena Request 3 is quashed. Defendant Kids U US, Inc. d/b/a Fueling Brains may seek production of any engagement agreements between non-party Schulman, Lopez, Hoffer & Adelstein and Plaintiff BakerRipley through normal discovery processes from BakerRipley and BakerRipley shall have the right to object or claim privilege as provided by the Rules at that time.

C.   Based on the representations of counsel for Schulman, Lopez, Hoffer & Adelstein, there are no documents responsive to Subpoena Request 4.

IT IS SO ORDERED.

SIGNED THIS  28th        DAY OF  April,         2025.

_____
LEE H. ROSENTHAL
SENIOR UNITED STATES DISTRICT JUDGE