IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BakerRipley 4450 Harrisburg, Suite 200 Houston, TX 77011 & BakerRipley *Plaintiffs* v. Kids U US, Inc. d/b/a Fueling Brains, Cimberli Johnson Darrough, an individual, Antonio Corrales, an individual, Sterling Evaluation and Assessment, LLC, Michele Peters, an individual, and MNA Evaluation and Assessment, LLC *Defendants* | § § § § § § § § § § § § § § § § § § § § § § | Case No. 4-23-cv-1124 JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL
### (F.R.C.P. 41(A)(1))

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Parties hereto, by and through their attorneys in the above-entitled action, and file this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and would respectfully show the Court as follows:

1. Relator and a number of the Defendants entered into a Settlement Agreement on November 21, 2025 ("Settlement Agreement") resolving certain allegations in the Complaint.

2. Under the terms of the Settlement Agreement, Relator has agreed to dismiss Relator's claims against all Defendants except Cimberli Johnson Darrough with prejudice.

Relator's claims against Cimberli Johnson Darrough are dismissed without prejudice. Dismissal of the claims in this action are without prejudice as to the United States.

3. Kids U US, Inc. ("Kids U") has agreed to dismiss its counterclaims against Relator with prejudice.

4. The United States of America will address its consent to the dismissal in a separate, subsequent filing.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Relator BakerRipley prays that this Court enter the Joint Stipulation of Dismissal, dismiss with prejudice all of Relator's claims against all Defendants except Darrough, Dismiss without prejudice Relator's claims against Darrough, dismiss with prejudice Kids U's claims, provide no award of costs to any party, and such other and further relief as the Court may require.

Dated: January 28, 2026.

Respectfully submitted,

**SCHULMAN, LOPEZ, HOFFER & ADELSTEIN, LLP**
845 Proton Road
San Antonio, Texas 78258
Telephone: 210-538-5385
Facsimile: 210-538-5384

_____
**Joseph E. Hoffer**
**Attorney-in-Charge**
State Bar No. 24049462
Federal ID No. 2006011
Email: jhoffer@slh-law.com
**Elizabeth Angelone**

State Bar No. 24077349
Federal ID No. 3042089
Email: eangelone@slh-law.com

And

MARTINEZ REILLY, LLP


/s/ Marion M. Reilly
Marion M. Reilly
Federal ID. 1357491
Texas Bar No. 24079195
Email: Marion@mrtrial.com
3636 South Alameda, Ste. B119
Corpus Christi, Texas 78411
Direct: (361) 273-6771
Fax: (361) 704-8355
** Service Email**  Service@mrtrial.com

**ATTORNEYS FOR RELATORS**

## **CERTIFICATE OF CONFERENCE**

I have conferred with all counsel for all Defendants whom have all stated they are unopposed to this motion.

/s/ Marion M. Reilly

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and the foregoing document has been sent to all known counsel pursuant to the Federal Rules of Civil Procedure on this 28th day of January 2026 via the CM/ECF system.

/s/Marion M. Reilly