**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | § | |
| BakerRipley | § | |
| 4450 Harrisburg, Suite 200 | § | |
| Houston, TX 77011 | § | |
| | § | |
| & BakerRipley | § | |
| *Plaintiffs* | § | **Case No. 4-23-cv-1124** |
| | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| Kids U US, Inc. d/b/a Fueling Brains, | § | |
| Cimberli Johnson Darrough, an individual, | § | |
| Antonio Corrales, an individual, | § | |
| Sterling Evaluation and Assessment, LLC, | § | <span style="color:red">JURY DEMANDED</span> |
| Michele Peters, an individual, and | § | |
| MNA Evaluation and Assessment, LLC | § | |
| | § | |
| | § | |
| *Defendants* | § | |

## AMENDED JOINT STIPULATION OF DISMISSAL
### (F.R.C.P. 41(A)(1))

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Parties hereto, by and through their attorneys in the above-entitled action, and file this Amended Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and would respectfully show the Court as follows:

1.     Relator and a number of the Defendants entered into a Settlement Agreement on November 21, 2025 ("Settlement Agreement") resolving certain allegations in the Complaint.

2.     Under the terms of the Settlement Agreement, Relator has agreed to dismiss Relator's claims against all Defendants except Cimberli Johnson Darrough with prejudice. Relator's claims against Cimberli Johnson Darrough are dismissed without prejudice.

3.     Kids U US, Inc. ("Kids U") has agreed to dismiss its counterclaims against Relator with prejudice.

4.     The United States of America will address its consent to the dismissal in a separate, subsequent filing.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Relator BakerRipley prays that this Court enter the Joint Stipulation of Dismissal, dismiss with prejudice all of Relator's claims against all Defendants except Darrough, Dismiss without prejudice Relator's claims against Darrough, dismiss with prejudice Kids U's claims, provide no award of costs to any party, and such other and further relief as the Court may require.

Dated: January 29, 2026.

Respectfully submitted,

**SCHULMAN, LOPEZ, HOFFER & ADELSTEIN, LLP**
845 Proton Road
San Antonio, Texas 78258
Telephone:      210-538-5385
Facsimile:      210-538-5384


**Joseph E. Hoffer**
**Attorney-in-Charge**
State Bar No. 24049462
Federal ID No. 2006011

Email: jhoffer@slh-law.com
**Elizabeth Angelone**
State Bar No. 24077349
Federal ID No. 3042089
Email: eangelone@slh-law.com


And

MARTINEZ REILLY, LLP


  /s/ Marion M. Reilly
 Marion M. Reilly
 Federal ID. 1357491
 Texas Bar No. 24079195
 Email: Marion@mrtrial.com
 3636 South Alameda, Ste. B119
 Corpus Christi, Texas 78411
 Direct:  (361) 273-6771
 Fax:  (361) 704-8355
 ** Service Email**  Service@mrtrial.com

**ATTORNEYS FOR RELATORS**


### <u>CERTIFICATE OF CONFERENCE</u>

I have conferred with all counsel for all Defendants whom have all stated they are unopposed to this motion.

/s/ Marion M. Reilly


### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and the foregoing document has been sent to all known counsel pursuant to the Federal Rules of Civil Procedure on this 29th day of January 2026 via the CM/ECF system.


/s/Marion M. Reilly